IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00004-MSK-BNB

SHARON VAUGHN,

    Plaintiff,

v.

NANCY FUNKHOUSER,
MARGARET KREHBIEL,
ROBERT KREHBIEL,
GARY SHOUN, and
JOEL STEVENSON,

    Defendants.

---

**ORDER REGARDING COMPLIANCE WITH RULES**

---

THIS MATTER comes before the Court on the State Defendant's Motion for Rule 11 Sanctions filed July 6, 2005, by Defendants. A review of the Motion indicates that Defendants have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the State Defendants' Motion for Rule 11 Sanctions is **DENIED**, without prejudice.

Dated this 7th day of July, 2005.

                                                **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge