IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00004-MSK-BNB

SHARON VAUGHN,

    Plaintiff,

v.

NANCY FUNKHOUSER,
MARGARET KREHBIEL,
ROBERT KREHBIEL,
GARY SHOUN, and
JOEL STEVENSON,

    Defendants.

_____

**ORDER**
_____

    **THIS MATTER** is before the Court pursuant to Defendant Nancy Funkhouser's Motion for Sanctions **(#26)**. The Court will hear this motion at the non-evidentiary hearing currently set for July 21, 2005 at 8:00 a.m.

    Dated this 19th day of July, 2005.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge