IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00004-MSK-BNB

SHARON VAUGHN,
    Plaintiff,

v.

NANCY FUNKHOUSER,
MARGARET KREHBIEL,
ROBERT KREHBIEL,
GARY SHOUN, and
JOEL STEVENSON,
    Defendants.

---

### ORDER GRANTING LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THE STATE DEFENDANTS' MOTION TO DISMISS

---

The Court having reviewed the State Defendants' Motion for Leave to File Reply Brief in Support of their Motion to Dismiss, contemporaneously filed with the Reply Brief, and being fully advised in the premises,

ORDERS that the Motion is GRANTED.

Dated: July 20, 2005.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge