IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00004-MSK-BNB

SHARON VAUGHN,

    Plaintiff,

v.

NANCY FUNKHOUSER,
MARGARET KREHBIEL,
ROBERT KREHBIEL,
GARY SHOUN, and
JOEL STEVENSON,

    Defendants.

_____

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**
_____

The Court, having reviewed the parties' stipulation for the dismissal of this action with prejudice **(#38)**, and the file, and being fully advised in the matter, HEREBY DISMISSES THIS ACTION, AND ALL CLAIMS RAISED HEREIN, WITH PREJUDICE, with each side to bear its own costs, attorney fees, and expert witness fees. The clerk shall close this case.

DATED this 17th day of October, 2005.

**BY THE COURT:**

_\[signature\]_
_____

Marcia S. Krieger
United States District Judge